■■■ BURNS ELECTRIC CO., INC., Respondent, v CARROLS CORPORATION, Appellant. [661 NYS2d 815] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Buckley, J. (Appeal from Judgment of Supreme Court, Onondaga County, Buckley, J.—Breach of Contract.) Present—Denman, P. J., Green, Doerr, Balio and Boehm, JJ.